In the Matter of EDWARD A. MARON et al., Appellants, v SHELDON SILVER, as Speaker of the State Assembly, et al., Respondents, et al., Respondent.

Submitted January 5, 2009; decided June 30, 2009

Motion for leave to appeal denied as unnecessary.

Chief Judge LIPPMAN taking no part.

In the Matter of MAYANK V. MUNSIFF, a Suspended Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Respondent.

Decided June 30, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of OYSTER BAY ASSOCIATES LIMITED PARTNERSHIP et al., Appellants, v TOWN BOARD OF TOWN OF OYSTER BAY et al., Respondents. BIRCHWOOD CIVIC ASSOCIATION AT JERICHO, INC., et al., Intervenors-Respondents.

Submitted May 26, 2009; decided June 30, 2009

Motion by Long Island Association for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

PAUL PALMIERI, Respondent, v TOWN OF BABYLON, Appellant.

Submitted June 1, 2009; decided June 30, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.